**UNITED STATES DISTRICT COURT**  **JS-6**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No:  5:19-cv-01959-MEMF-SHK               Date: December 20, 2022

Title:  Ernest Frank Copetillo v. City of Fontana, et al.

PRESENT:   The Honorable Maame Ewusi-Mensah Frimpong, Judge

| Damon Berry | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):  ORDER DISMISSING CIVIL CASE**

The Court, having been notified by counsel for the parties that this action has been settled re Notice of Settlement of Case [67] filed by Defendants, hereby orders this action DISMISSED without prejudice. The Court hereby orders **ALL** deadlines and hearings in the case VACATED and taken off calendar. This case is now administratively closed.

MINUTES FORM 11                                                                 Initials of Deputy Clerk:
CIVIL-GEN                                                                                    DBE